RECEIVED

JAN 3 0 2018

TONY R. MOORE. CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT. LOUISIANA
BY: _____

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

3:18-cv-0115  SEC P

Jacquel  Cosey.
Print the full name (first - middle - last) and
prisoner number of the plaintiff in this action.

CIVIL ACTION

NO.

versus

SECTION

Sgt. Tradway
LT. little
Depty. Castel.
Jackson Parish correctionl Centar.

_____

_____

Print the full name of all defendants in this
action.
DO NOT WRITE et al.

COMPLAINT

I.     Previous Lawsuits

   A.     Have you begun other lawsuits in state or federal court dealing with the same facts involved
          in this action or otherwise relating to your imprisonment?
          Yes (  )   No (✓)

B.  If your answer to A is "yes", describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1.  Parties to the previous lawsuit

Plaintiffs _____

_____

Defendants _____

_____

2.  Court (If federal court, name of the district court; if state court, name the parish.)

3.  Docket Number _____

4.  Name of judge to whom case was assigned _____

_____

5.  Disposition (For example: Was this case dismissed? Was it appealed? Is it still pending?)

_____

6.  Approximate date of filing lawsuit _____

7.  Approximate date of disposition _____

C.  Have you had any previously filed federal lawsuits or appeals, whether or not related to the issues raised in this complaint, which have been dismissed as frivolous, malicious, or for failure to state a claim for which relief can be granted by any federal court?
Yes ( )  No ( ✓ )

If your answer is "yes", list the civil action numbers and the disposition of each case. You also must identify in which federal district or appellate court the action was brought.

_____

_____

_____

II.  PLACE OF PRESENT CONFINEMENT: _Jackson Parish Correctional Center_.

A.  Is there a prisoner grievance procedure in this institution?
Yes ( ✓ )  No ( )

B.  Did you present the facts relating to this complaint in the prisoner grievance procedure? Yes ( ✓ )  No ( )

C.  If your answer is "yes",

1.  Attach a copy of all administrative complaints you have filed regarding the claims raised in this lawsuit and copies of all prison responses. If copies are not available, list the number assigned to the complaint(s) and approximate date it was presented to the prison. _____

2

2.   As to each grievance compliant provided or listed above, have you exhausted or completed all steps in the procedure, including appeals? _*Yes*_
_*I have*_

D.   If your answer is NO, explain why you have not done so: _____

_____

_____

## III. Parties

(In item A below, complete the following information. Do the same for additional plaintiffs, if any.)

A.   Full Name of Plaintiff
(First - Middle - Last)  _Jacquel Micheal Cosey_

Prisoner Number  _504-818-8979  or  504-339-1140_

Address _1040 Whitlow Ct._

Date of Birth _April 15 1994_

Date of Arrest _September 11, 2016_

Date of Conviction _Pretrial_

IMPORTANT: In the space provided below, place the full name of each defendant named in the caption, his or her official position, place of employment, and service address.   If you have sued more than one defendant, provide this same information for every defendant you have named.  Please attach an additional sheet, if necessary. The parties listed below must be exactly the same as those listed in your caption.

B.    Defendant _Sgt. Tradeway_ is employed as _Sargent_
_night shift_ at _Jackson Parish Correctional Center_
Address for service: _327 industrial dr. JPCC. 71251_

C.    Defendant _LT. Little_ is employed as _LT on_
_night shift_ at _J.P.C.C._
Address for service: _327 industrial dr. JPCC. 71251_

D.    Defendant _Depty. Carter_ is employed as _Depty on_
_night shift_ at _J.P.C.C._
Address for service: _327 industria dr. J.P.C.C. 71251_

E.    Defendant _____ is employed as _____
at _____
Address for service: _____

F.    Defendant _____ is employed as _____
at _____
Address for service: _____

G.    Defendant _____ is employed as _____
at _____
Address for service: _____

IV.    Statement of Claim

(State here as briefly as possible the facts of your case.  Describe how each defendant is involved. Include also the names of other persons involved, dates, and places.  Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.)

_need more room Attached extra sheet's._

_____

_____

_____

_____

_____

4

V.    Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

I would like for the stated officers to be fried a not allowed to work in any Correctional facilty again for the safety of me an any other inmate

VI   Plaintiff's Declaration

1)    I declare under penalty of perjury that all facts represented in this complaint and any attachments hereto are true and correct.

2)    I understand that if I am released or transferred, it is my responsibility to keep the Court informed of my whereabouts and failure to do so may result in this action being dismissed with prejudice.

3)    I understand that I am prohibited from bringing a civil action in forma pauperis if I have brought three or more civil actions in a court of the United States while incarcerated or detained in any facility that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

4)    I understand that even if I am allowed to proceed in forma pauperis, I am responsible for paying the entire $350 filing fee and any costs assessed by the Court, which shall be deducted from my inmate account by my custodian in installment payments as prescribed by law.

Signed this January day of 25 , 20 18 .

Jacquel Carey
(Signature of Plaintiff)

04/2006

RECEIVED

JAN 3 0 2018

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY

On friday The 5th Janulay 2018
I Jacquel cosey and The traste who Passes
out the food engaged in a fist fight
that traduay and other officer's instigated
The officers allowed the trustie in to my
cell an encouged us to fight while the offices
stood there and layged. I feel like this
was there way to harm me with out them
Physcialy laying hands on me there Self's
I fear for my Saftey here while these
offices of off the law ale working Here.