**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

JACQUEL MICHAEL COSEY                    CIVIL ACTION NO. 18-0115

                                         SECTION P

VS.

                                         JUDGE TERRY A. DOUGHTY

SGT. TRADEWAY, ET AL.                    MAG. JUDGE KAREN L. HAYES

**ORDER**

Pro se Plaintiff Jacquel Michael Cosey filed a civil rights Complaint on January 30, 2018. [doc. # 1].  On February 1, 2018, the Court ordered Plaintiff to, within thirty days, submit a complaint on approved forms and either pay the $400.00 filing fee or file a completed in forma pauperis application on approved forms.  [doc. # 3].  That deadline passed, and Plaintiff has failed to comply with the Court's order.

Accordingly, **IT IS ORDERED** that Plaintiff's Complaint, [doc. #1], is **STRICKEN** from the record.

In Chambers, Monroe, Louisiana, this 16th  day of April, 2018.

_____
KAREN L. HAYES
UNITED STATES MAGISTRATE JUDGE